*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GASTON, STEWART, and HOUTZ
Appellate Military Judges

———————————————

**UNITED STATES**
Appellee

**v.**

**Kade N. MILLER**
Warrant Officer (W-1), U.S. Marine Corps
Appellant

**No. 202000026**

Decided: 30 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Mark D. Sameit

Sentence adjudged 17 October 2019 by a general court-martial convened at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 21 months[1] and a dishonorable discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

---

[1] The convening authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

Opinion of the Court

For Appellee:
Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

2